PROB 12B
(7/93)

Report Date: February 7, 2012

# United States District Court

for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 13 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Elias Gonzalez    Case Number: 2:07CR02079-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 1/30/2008    Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Date Supervision Commenced: 1/14/2011

Original Sentence: Prison - 46 Months;
                TSR - 36 Months

Date Supervision Expires: 1/13/2014

## PETITIONING THE COURT

21    You shall complete 20 hours of community service work per month while the defendant is unemployed, at a not-for-profit site approved in advance by the supervising officer.

## CAUSE

On January 14, 2011, Mr. Gonzalez was released from the Bureau of Prisons at which time his term of supervised release commenced. Mr. Gonzalez appears to lack motivation to be gainfully employed. The defendant has been directed to seek employment. In the meantime, Mr. Gonzalez has agreed to perform 20 hours of community service per month while he is unemployed.

Enclosed is Mr. Gonzalez' agreement to the modification and a signed waiver for the Court's review.

Prob 12B
**Re: Gonzalez, Elias**
**February 7, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/07/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

3/13/12
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

21    You shall complete 20 hours of community service work per month while the defendant is unemployed, at a not-for-profit site approved in advance by the supervising officer.

Witness: _____  Signed: _____
                 Jose Zepeda                                   Elias Gonzalez
        U.S. Probation Officer                        Probationer or Supervised Releasee

                                 February 7, 2012
                                      Date